Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 15 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Harold Randolph Stephen

CR 90-93   ~~JHG~~   TFH
Case Number and Judge's initial

*Reassigned to Chief Judge Hogan 2/25/08.*

### DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

I, Harold Randolph Stephen sincerely regret my actions that led to my conviction in 1990. I have led a crime–free life since my release. I have been involved in several community activities with my church and have always been gainfully employed, and have paid and filed my income taxes as required. However, due to my past criminal history, I have been denied opportunity for more gainful employment even after completing all job requirements including successful completion of examinations.

I am the primary bread winner for my family with six children, some in college. However, due to my past conviction record I have found it difficult to obtain well paid jobs, or have been barred from achieving more gainful opportunities. Therefore, I am respectfully petitioning the court to expunge my criminal record. This will allow me to apply for better jobs so that I can better seek to rebuild my life, support my family and continue to become a productive member of my community. Thank you.

Sincerely

*Harold Randolph Stephen*

Harold Randolph Stephen

**RECEIVED**

FEB   2008

Clerk, U.S. District and
Bankruptcy Courts

```
*** B11 ***
ARC CRIMINAL DOCKETS           DC(DIST. OF COLUMBIA) 10/09/91
CR-90-00093-01                                                    PAGE 1

                        US-V-STEPHEN              CR-90-00093-01
                        as of 10/09/91 at 11:31 AM
------------------------------------------------------------------------
Judge: JUDGE JOYCE HENS GREEN             Case Filed: 02/27/90
Defendant:
D1  STEPHEN, HAROLD RANDOLPH              Birthdate:
    Address:

    Dft ID: 428021

    Defendant terminated: 05/02/90

    Offense Level (disposition): FEL
    Total Jail: 4 Mo

    Terminated counts:                    Disposition
    Passport Fraud (Date of               (Count 1) Four (4) Months,
    Offense: 11/29/89), 18:1542           Two (2) Years Supervised
    (1)                                   Release, $50.00 Victim
                                          Assessment Fine, credit for
                                          time served, no fine to be
                                          imposed. Dft. comm/comm
                                          issued. (REP: Gordon
                                          Slodysko) (05/02/90)

    R40 Afdts:
    Affidavit in removal proc (Rule 40) (Dft
    arrested on Out of District warrant from
    Northern District of Virginia, in violation of
    18:1542.).

    Defens\ Counsel:
    DELGADO, SAMUEL
    451 Indiana Avenue N.W.
    Washington DC 20001
    (202) 628-1200

U S Attorneys:
ISCOE, CRAIG
272-9519

                                                               *** B11 ***
```

## PROCEEDINGS

**01/22/90** Defendant arrested on warrant of other district (Dkt'd 03/02/90).
Filed affidavit in removal proceedings (Rule 40) (Dkt'd 03/02/90).
Defendant's first appearance (Dkt'd 03/02/90);
Order filed (for Temporary Detention to Permit Revocation of Conditional Release, Deportation or Exclusion.) (MAGISTRATE ROBINSON) (Dkt'd 03/02/90).
Defendant committed. Commitment issued (HWOB) (MAGISTRATE DWYER) (Dkt'd 03/02/90).

**02/02/90** Appearance of attorney DELGADO, SAMUEL (Dkt'd 03/02/90).

**02/09/90** Motion filed (MOT#1) (by defendant, to vacate detention order.) (Dkt'd 03/02/90).

**02/27/90** Filed information (Dkt'd 03/02/90).
Case assigned to JUDGE JOYCE HENS GREEN (Dkt'd 03/02/90).
- Category A (Dkt'd 03/02/90).
US Attorney ISCOE, CRAIG added to case (Dkt'd 03/02/90).

**02/28/90** - Rule 20 Transfer from U.S.D.C. for the Northern District of West Virginia, dated 2/26/90, in Miscellaneous 90-16-E. Received following documents: transmittal letter, Criminal Complaint-Case No. 90-0001M, Affidavit of Timothy P. Roche in support of warrant of arrest, Warrant of Arrest issued 1/19/90, Consent to Transfer of Case for Plea and Sentence Under Rule 20, dated 2/26/90, Transfer Notice Letter dated 2/26/90 to AUSA Craig Iscoe from AUSA Sherry L. Muncy, Copy of Information filed in USDC for D.C. (Dkt'd 03/23/90).

**03/01/90** Arraignment held (Count 1) (Dkt'd 03/27/90).
Defendant enters plea of guilty (Count 1) (Dkt'd 03/27/90).
- Motion denied (MOT#1) (Motion of deft. to vacate detention order argued and denied. Deft. to be held without bond pending sentence.) (JUDGE JOYCE HENS GREEN) (Dkt'd 03/27/90).
Referred to Probation Office for pre-sentence report (Count 1) (JUDGE JOYCE HENS GREEN) (Dkt'd 03/27/90);
Sentencing set for 05/01/90 @ 9:15 AM (Count 1); (Govt. to obtain Rule 20 consent from U.S. Attorney for West Virginia and file with this Court by 3/6/90. Deft. comm/comm issued. (REP: Gordon Slodysko)) (JUDGE JOYCE HENS GREEN) (Dkt'd 03/27/90).
Defendant committed. Commitment issued (Dkt'd 03/27/90).
- Waiver of venue. (Dkt'd 03/27/90).
Filed waiver of indictment (Dkt'd 03/27/90).
Filed waiver of jury trial (Dkt'd 03/27/90).

```
*** D11 ***
ARC CRIMINAL DOCKETS            DC(DIST. OF COLUMBIA) 10/09/91
CR-90-00093-01                                  CR-90-00093-01       PAGE 3

                      US-V-STEPHEN

                        PROCEEDINGS

03/14/90  Notice filed (Submission of Rule 20 Transfer Notice signed
          by U.S. Attorney for the Northern District of West Virginia,
          with attachment, filed by govt.) (Dkt'd 04/09/90).

04/11/90  Order filed (resetting sentence from 5/1/90 to 5/2/90 at
          9:45 A.M. (N)) (JUDGE JOYCE HENS GREEN) (Dkt'd 04/25/90).
          Sentencing reset to 05/02/90 @ 9:45 AM (Count 1) (JUDGE
          JOYCE HENS GREEN) (Dkt'd 04/25/90).

04/30/90  - Memorandum by deft. in aid of sentencing, Attachments 1-5.
          (Dkt'd 05/02/90).

05/02/90  Sentencing of defendant (Count 1) (Four (4) Months, Two (2)
          Years Supervised Release, $50.00 Victim Assessment Fine,
          credit for time served, no fine to be imposed. Deft.
          comm/comm issued. (REP: Gordon Slodysko) (JUDGE JOYCE
          HENS GREEN) (Dkt'd 05/03/90).
          Defendant committed, commitment issued (Dkt'd 05/03/90).
          Notice filed (Receipt and acknowledgement of Presentence
          Investigation Report.) (Dkt'd 05/03/90).
          - Memorandum of sentencing hearing and report of statement
          of reasons. (N) (JUDGE JOYCE HENS GREEN) (Dkt'd 05/03/90).

05/03/90  Issued judgment and commitment to U.S. Marshal (Count 1)
          ((N)) (JUDGE JOYCE HENS GREEN) (Dkt'd 05/04/90).

07/25/90  Filed transcript of proceedings for 05/02/90 (Sentencing
          proceedings before Judge Joyce Hens Green. Pages 1-11.
          (REP: Gordon Slodysko) (Bureau of Prisons and Probation
          Office notified 7/25/90) (Dkt'd 07/26/90).

          ..................................................

                        End of docket
```

*** D11 ***