UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 90-93 (TFH) |
| | : | |
| v. | : | |
| | : | |
| HAROLD RANDOLPH STEPHEN | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Carolyn K. Kolben, Bar Number 391-156, telephone number (202) 616-0852 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

__/s/_____
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY
Bar No. 391-156
555 4th Street, N.W., Room 10-441
Washington, DC 20530
(202) 616-0852

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of a copy of this Notice of Assignment and Appearance has been made by first-class mail to Harold Randolph Stephen 11562 Bowie Court, Lusby, Maryland, 20657, this 17th day of March, 2008.

____/s/_____
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY